IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JEFF MADSEN,

    Plaintiff,

v.

JOHN HARRIS doing business as
Business Partner Services,

    Defendant.

Case No. 1:16-cv-02170-MK
**ORDER**

AIKEN, District Judge:

Magistrate Judge Mustafa Kasubhai has filed his Findings and Recommendation ("F&R") (doc. 75) recommending that plaintiffs' Motion for Summary Judgment (doc. 73) be denied. This case is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S.

Page 1 – ORDER

920 (1982). Plaintiff has filed timely objections (doc. 77) to the F&R. Defendant has filed not response. Thus, this Court reviews the F&R *de novo*.

Having reviewed the objections as well as the entire file of this case, the Court finds no error in Magistrate Judge Kasubhai's F&R. Thus, the Court adopts the F&R (doc. 75) in its entirely. Accordingly, plaintiff's Motion for Summary Judgment (doc. 73) is DENIED.

It is so ORDERED.

Dated this 30th day of September, 2019.

*Ann Aiken*
Ann Aiken
United States District Judge